UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>EDWIN SMITH,<br><br>      Defendant. | No. 14-cr-212 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  The Court is in receipt of the attached letter, dated February 14, 2022, from Defendant requesting that the Court make a recommendation to the Bureau of Prisons pursuant to 18 U.S.C. § 3621(b).  IT IS HEREBY ORDERED THAT the government shall submit a response to Defendant's letter by March 3, 2022.

SO ORDERED.

Dated:  February 24, 2022
     New York, New York

                     _____
                     RICHARD J. SULLIVAN
                     UNITED STATES CIRCUIT JUDGE
                     Sitting by Designation

<u>The Clerk of Court is respectfully directed to mail copy of this Order to:</u>

Edwin Smith
Register Number: 70939-054
FCI Allenwood Medium
P.O. Box 2000
White Deer, PA 17887

February 14, 2022

Clerk of Court
U.S. District Court
Southern District of New York
500 Pearl Street, Room 120
New York, New York 10007-1312

Re: United States of America v. Edwin Smith
    Criminal No. 14-CR-212-03

Dear Clerk,

I am writing in the hope that you might be so kind as to make the Honorable Richard J. Sullivan aware of my letter and its contents. According to 18 U.S.C § 3624(c), the BOP is directed to consider each inmate for up to 12 months of Halfway House placement.

If I were to obtain a recommendation for 12 months of Halfway House placement from Judge Sullivan, the authorities here, particularly my Case Manager Mr. Patora, would afford such a recommendation considerable weight.

I sorely need the 12-month Halfway House placement to enable me to earn and save enough monies to get back on my feet. I have a job waiting for me. I believe a recommendation from Judge Sullivan would go a long way in securing a 12-month Halfway House placement in my case.

When responding, please also notify Mr. Patora - Case Manager, Unit 2B, at FCI Allenwood Medium, P.O. Box 2500, White Deer, Pennsylvania 17887, Phone: 570-547-7950, Fax: 570-547-7706.

I'm hoping to hear from you, your office, or the Court in the near future and have enclosed two (2) self-addressed, stamped envelopes for that purpose and your convenience. (One self-addressed, stamped envelope is for responding to my case manager, Mr. Patora, and the other one is for responding to me).

Any courtesy or consideration that you, your office, or the Court might afford me would be greatly appreciated. Thank you.

Respectfully Submitted,
Edwin Smith

Edwin Smith
Reg. No. 70939-054
FCI Allenwood Medium
P.O. Box 2000
White Deer, Pennsylvania 17887

-2-

INMATE NAME/NUMBER: Edwin Smith Reg No. 70939-054
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD medium
P.O. BOX 2000
WHITE DEER, PA 17887



Clerk of Court
U.S. District Court
Southern District of New York
500 Pearl Street, Room 120
New York, New York 10007-1312

Criminal (TMK)