UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 14-cr-212-03 (RJS) |
| EDWIN SMITH, | <u>ORDER</u> |
| Defendant. | |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

  IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Tuesday, August 26, 2025 at 10:00 a.m., at which time Supervisee shall be presented on the alleged violations of supervised release included in Probation's report dated August 18, 2025. The presentment will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 19, 2025
    New York, New York

                _____
                RICHARD J. SULLIVAN
                UNITED STATES CIRCUIT JUDGE
                Sitting by Designation