UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

EDWIN SMITH,

Defendant.

No. 14-cr-212-03 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Tuesday, April 7, 2026 at 10:00 a.m. for a status conference on the alleged violations of supervised release included in Probation's report dated August 18, 2025.  The conference will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  The Court further directs the government to provide copies of all records obtained from the Bronx District Attorney's Office and the New York City Police Department, including the body-worn camera footage and police report, by March 9, 2026.

The Clerk of Court is respectfully directed to terminate the motion pending at Document Number 1149.

SO ORDERED.

Dated:       March 4, 2026
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation